# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANG HYUNG LEE,** *et al.,* | Case No.: 13-CV-4907 YGR |
| Plaintiffs, | **ORDER GRANTING APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF E.L.** |
| vs. | |
| **ASIANA AIRLINES,** *et al.,* | |
| Defendants. | |

Plaintiffs Jang Hyung Lee, Jennifer Jee Young Lee, and E.L., a minor child, filed their Motion and Application for Appointment of Guardian Ad Litem for E.L. on March 18, 2014, seeking appointment of co-Plaintiff Jang Hyung Lee as the guardian ad litem for minor E.L. (Dkt. No. 27.) Having considered the papers in support thereof, the Court hereby **GRANTS** the application.

This terminates Docket No. 27.

**IT IS SO ORDERED**.

Dated: June 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**